PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

18-160 SECT. J MAG. 3

BY: ☐ INFORMATION ☑ INDICTMENT

CASE NO.

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: RAYLAINE KNOPE

Address: BBC Detention Center
Rayville, LA 71269

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA
Divisional Office: EASTERN

Name and Office of Person Furnishing Information on THIS FORM: M. Rhoto
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3180

Name of Asst. U.S. Attorney (if assigned): Julia K. Evans

☐ Interpreter Required   Dialect: _____

Birth Date: 1976
☐ Male ☑ Female
☐ Alien (if applicable)

Social Security Number: 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

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Tangipahoa Parish   County: USA

**DEFENDANT**

Issue: ☑ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☑ Currently in State Custody
   ☑ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 4

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 USC 1594(b) | Forced Labor Conspiracy | 1 |
| 4 | 18 USC 1589 | Forced Labor | 2 |
| 4 | 18 USC 1591(a)(1), 1594(a) | Attempted Sex Trafficking by Force, Fraud & Coercion | 3 |
| 4 | 42 USC 3631(a) & (b) | Interference with Housing Rights | 4 |