# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

PER 18 U.S.C. 3170

**18-160 SECT. J MAG. 3**

BY: ☐ INFORMATION ☑ INDICTMENT

CASE NO. _____

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: **TAYLOR KNOPE**

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT **EASTERN**
DISTRICT OF LOUISIANA — Divisional Office

Address: Nelson Coleman Correctional Center
Killona, LA

Name and Office of Person Furnishing Information on THIS FORM: **M. Rhoto**
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. **(504) 680-3180**

Name of Asst. U.S. Attorney (if assigned): **Julia K. Evans**

☐ Interpreter Required   Dialect: _____

Birth Date: **1998**
☐ Male  ☑ Female  ☐ Alien (if applicable)

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any): **FBI**

Social Security Number: **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**

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)
☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: **Tangipahoa Parish**  County **USA**

## DEFENDANT

Issue: ☑ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☑ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): **Claude Kelly**
☑ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: **3**

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|-----|---|---|---|
| 4 | 18 USC 1594(b) | Forced Labor Conspiracy | 1 |
| 4 | 18 USC 1589 | Forced Labor | 2 |
| 4 | 42 USC 3631(a) & (b) | Interference with Housing Rights | 4 |