PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

CASE NO. 18-160 SECT. J MAG. 3

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: TERRY J. KNOPE, II

Address: Tangipahoa Parish Jail
Amite City, LA

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT **EASTERN**
DISTRICT OF LOUISIANA     Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: **M. Rhoto**
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. **(504) 680-3180**

Name of Asst. U.S. Attorney (if assigned): **Julia K. Evans**

☐ Interpreter Required   Dialect: _____

Birth Date **1973**
☑ Male ☐ Female  ☐ Alien (if applicable)

Social Security Number **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**

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
**FBI**

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Tangipahoa Parish   County: USA

### DEFENDANT

Issue: ☑ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☑ Currently in State Custody
  ☑ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts **6**

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 USC 1594(b) | Forced Labor Conspiracy | 1 |
| 4 | 18 USC 1589 | Forced Labor | 2 |
| 4 | 18 USC 1591(a)(1), 1594(a) | Attempted Sex Trafficking by Force, Fraud & Coercion | 3 |
| 4 | 42 USC 3631(a) & (b) | Interference with Housing Rights | 4 |
| 4 | 18 USC 249(a)(2) | Hate Crimes | 5 |

p1 of 2

PER 18 U.S.C. 3170

| | |
|---|---|
| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** | |
| BY: ☐ INFORMATION ☑ INDICTMENT | CASE NO. **18-160** |
| Matter Sealed: ☐ Juvenile ☐ Other than Juvenile <br> ☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added <br> ☐ Indictment ☐ Charges/Counts Added <br> ☐ Information | USA vs. <br> Defendant: TERRY J. KNOPE, II **SECT. J MAG. 3** <br> Address: Tangipahoa Parish Jail <br> Amite City, LA |
| Name of District Court, and/or Judge/Magistrate Location (City) <br> UNITED STATES DISTRICT COURT EASTERN <br> DISTRICT OF LOUISIANA Divisional Office | |
| Name and Office of Person Furnishing Information on THIS FORM: M. Rhoto <br> ☐ U.S. Atty ☐ Other U.S. Agency <br> Phone No. (504) 680-3180 <br> Name of Asst. U.S. Attorney (if assigned): Julia K. Evans | ☐ Interpreter Required Dialect: _____ <br> Birth Date: 1973 ☑ Male ☐ Alien <br> ☐ Female (if applicable) <br> Social Security Number: 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 |
| **PROCEEDING** | **DEFENDANT** |
| Name of Complainant Agency, or Person (& Title, if any) <br> FBI | Issue: ☑ Warrant ☐ Summons <br> Location Status: <br> Arrest Date _____ or Date Transferred to Federal Custody _____ |
| ☐ person is awaiting trial in another Federal or State Court (give name of court) | ☐ Currently in Federal Custody <br> ☑ Currently in State Custody <br> ☑ Writ Required <br> ☐ Currently on bond <br> ☐ Fugitive |
| ☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District | |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: <br> ☐ U.S. Atty ☐ Defense | SHOW DOCKET NO. |
| ☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.) <br> ☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under | MAG. JUDGE CASE NO. |
| | Defense Counsel (if any): _____ <br> ☐ FPD ☐ CJA ☐ RET'D <br> ☐ Appointed on Target Letter |
| Place of offense: Tangipahoa Parish County USA | ☐ This report amends AO 257 previously submitted |

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts __6__

| Set | Title & Section/Offense Level <br> (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 USC 641 | Theft of Government Funds | 6 |

p 2 of 2