MINUTE ENTRY
ROBY, M.J.
MAY 14, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 18-160 |
| RAYLAINE KNOPE | SECTION J |

## CRIMINAL ARRAIGNMENT

APPEARANCES: X   DEFENDANT  _Steven Lemoine_
                X   COUNSEL FOR DEFENDANT   (CJA)
                X   ASSISTANT U.S. ATTORNEY   JULIA EVANS
                ___ INTERPRETER _____ SWORN
                (TIME:  ____ .M to ____ .M)

X / READING OF THE SUPERSEDING BILL OF INFORMATION:
    READ (WAIVED) SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON ORIGINAL BOND

__/ BAIL SET AT  _____

__/ DEFENDANT RELEASED ON NEW BOND

X / OTHER: _waiver of indictment executed_

**NOTICE:** X / PRE-TRIAL CONFERENCE: **JUNE 13, 2019 AT 3:30 PM**

**BEFORE UNITED STATES DISTRICT JUDGE CARL J. BARBIER**

 X / TRIAL: **JULY 15, 2019 AT 8:30 AM**

**BEFORE UNITED STATES DISTRICT JUDGE CARL J. BARBIER**

MJSTAR: 00:02