UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 18-160 |
| VERSUS | SECTION "J" |
| RAYLAINE KNOPE | VIOLATION: 18:1594(b), |
| TERRY J. KNOPE, II | 1589(a), 1591(a)(1), 1594(a), |
| JODY LAMBERT | 42:3631(a) & (b), 18:249(a)(2), |
| TAYLOR KNOPE | 18:641,18:2 |

### RE-NOTICE OF <u>REARRAIGNMENT on MAY 20, 2019 AT 10:00 A.M.</u>

### <u>as to RAYLAINE KNOPE and TERRY J. KNOPE, II</u>

(previously set for 5/17/19)

Take notice that this criminal case has been set for REARRAIGNMENT on **MONDAY, MAY 20,**

**2019 at 10:00 A.M.** before Judge CARL J. BARBIER, Courtroom C-268, 500 Poydras Street, New

Orleans, Louisiana 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| | WILLIAM W. BLEVINS, CLERK |
| Date:  May 14, 2019 | |
| | by: s/Gail Chauvin_____ |
| TO: | Gail Chauvin,  Deputy Clerk |
| RAYLAINE KNOPE | AUSA:  Julia K. Evans, T.A. |
| Counsel for defendant: | |
| Steven Lemoine | U.S. Marshal |
| SteveLem@aol.com | |
| | U.S. Probation Officer |
| TERRY J. KNOPE, II | |
| Counsel for defendant: | U.S. Pretrial Services |
| Michael Riehlmann | |
| mgriehlmann@hotmail.com | JUDGE |
| JODY LAMBERT | MAGISTRATE |
| Counsel for defendant: | |
| Ralph Whalen | COURT REPORTER COORDINATOR |
| ralphswhalen@ralphswhalen.com | INTERPRETER:  No |
| TAYLOR KNOPE | Special Agent Corina Zapata |
| Counsel for defendant: | Federal Bureau of Investigation |
| Claude Kelly, FPD | |
| Celia Rhoads, Asst. FPD | |
| claude_kelly@fd.org | If you change address, |
| celia_rhoads@fd.org | notify clerk of court |
| | by phone, 589-7694 |