UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL MATTER |
| VERSUS | No. 18-160 |
| RAYLAINE KNOPE | SECTION: "J"(3) |

## ORDER

Considering the foregoing unopposed *Motion to Continue Sentencing* **(Rec. Doc. 149)** filed by the Probation Office,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and sentencing of the defendant, RAYLAINE KNOPE, be **CONTINUED** until **October 17, 2019, at 9:30 a.m.**

New Orleans, Louisiana, this 19th day of August, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE