MINUTE ENTRY
BARBIER, J.
OCTOBER 17, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 18-160 |
| RAYLAINE KNOPE | SECTION: "J" |

### SENTENCING

COURT REPORTER: Karen Ibos
COURTROOM DEPUTY: Gail Chauvin/Ariana Newman

PRESENT:  Risa Berkower, DOJ, for government
          Steven Lemoine, for defendant

Case called at 10:10 a.m.
Defendant sentenced to counts 1, 2 and 3 of the Superseding Bill of Information.
Counts dismissed on motion of the United States as to this defendant: all remaining.
See Judgment.
The defendant was remanded.
Hearing ended at 10:37 a.m.

```
JS-10:   27 min.
```